UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SENG K SAELEE,

          Plaintiff,

v.

KING COUNTY

          Defendant.

Case No. C14-646 JLR-BAT

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed Plaintiff's complaint, the amended complaint, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation.

(2) This action is **DISMISSED without prejudice.**

(3) The Clerk is directed to send copies of this Order to Plaintiff and to Judge Tsuchida.

DATED this 24th day of June, 2013.

                                        JAMES L. ROBART
                                        United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1